| Attorney or Party Name, Address, Telephone & FAX Number | FOR COURT USE ONLY |
|---|---|
| L BISHOP AUSTIN & ASSOCIATES<br>L Bishop Austin, SBN 175497<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Tel: 213.388.4939  Fax: 213.388.2411<br>Email: lbishopbk@yahoo.com<br><br>*Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: JOSE ANTONIO MARROQUIN<br>AND IVETTE MARROQUIN SERRATO<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:10-BK-23810-BR |
|---|---|

## DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

    a. A voluntary petition under chapter  ☒ 7  ☐ 13  was filed on: 04/10/10

    b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, JOSE ANTONIO MARROQUIN, the Debtor in this case, and IVETTE MARROQUIN SERRATO, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

    On May 19, 2010 I completed my final certificate and I was under the impression that the company was going to send it to the Court.  I received the closing case letter from Court and I contacted my attorney So he explained me what happened. And he has filed the Certificate in court Docket # 14 and Docket 15.

    I kindly request the Court please take in consideration I am acting in good faith and allows me to receive my discharge of debts.

    and I declare this under penalty of perjury.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1M

| In re JOSE ANTONIO MARROQUIN AND IVETTE MARROQUIN SERRATO | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-BK-23810-BR |

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

| _____ | 1/14/11 | Los Angeles | Ca |
|---|---|---|---|
| Debtor's Signature | Dated | City | State |

| _____ | 1/14/11 | Los Angeles | CA |
|---|---|---|---|
| Joint Debtor's Signature | Dated | City | State |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1M

Case 2:10-bk-23810-BR    Doc 16    Filed 01/14/11    Entered 01/14/11 12:24:56    Desc
Main Document    Page 3 of 5

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re<br>JOSE ANTONIO MARROQUIN<br>AND IVETTE MARROQUIN SERRATO        Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:10-BK-23810-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as <u>DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>1/14/11</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Chapter 7 Trustee: rgonzalez@ecf.epiqsystems.com
US Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>1/14/11</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/14/11 | Moises Lopez | *Moises Lopez* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     **F 5010-1.1M**

```
Label Matrix for local noticing          Los Angeles Division                    AMCA
0973-2                                    255 East Temple Street,                PO BOX 1235
Case 2:10-bk-23810-BR                     Los Angeles, CA 90012-3332             Elmsford, NY 10523-0935
Central District Of California
Los Angeles
Fri Jan 14 11:56:35 PST 2011

AT&T Universal Card                       American Express                       Arcadia Radiology Medical Group
Pob 6940                                  PO BOX 0001                            PO BOX 662020
The Lakes NV 88901-6940                   Los Angeles, CA 90096-8000             Arcadia, CA 91066-2020


Bank of America                           CARDMEMBER SERVICE                     CMRE Financial Svcs
PO BOX 301200                             PO BOX 94014                           3075 Inperial Hwy
Los Angeles, CA 90030-1200                Palatine, IL 60094-4014                Ste 200
                                                                                 Brea CA 92821-6753


Cardmember Service                        Citi                                   City Of El Monte
PO BOX 15548                              PO BOX 6286                            Parking Enforcement Center
Wilmington, DE 19886-5548                 Sioux Falls, SD 57117-6286             PO BOX 57025
                                                                                 Irvine, CA 92619-7025


City of Pasadena/Parking Section          Equifax Credit Information             Experian
100 N Garfiled Ave                        Bankruptcy Notification                Bankruptcy Notification
Rm N106                                   PO BOX 740241                          475 Anton Blvd
Pasadena CA 91101-1726                    Atlanta, GA 30374-0241                 Costa Mesa, CA 92626-7037


GMAC MORTGAGE                             Georgette Tadros M.D.                  Grant & Weber
PO BOX 79135                              931 Buena Vista St                     26575 W. Agoura Rd
Phoenix, AZ 85062-9135                    Ste 202                                Calabasas, CA 91302-2975
                                          Duarte, CA 91010-1713


Health Care Partners                      Hill Med Corp-HBC                      Home Depot Credit Services
PO BOX 6900                               Pob 60049                              PO BOX 182676
Torrance, CA 90504-0100                   Arcadia CA 91066-6049                  Columbus, OH 43218-2676


JC Penney                                 KOHLS                                  Kee Seng Koh, MD
Pob 960001                                Pob 30510                              612 W Duarte Rd
Orlando FL 32896-0001                     Los Angeles CA 90030-0510              Ste 401
                                                                                 Arcadia, CA 91007-9233


LCA                                       Laboratory Corp of America Holdings    Lane Bryant
PO BOX 2240                               PO BOX 2240                            PO BOX 856132
Burlington, NC 27216-2240                 Burlington, NC 27216-2240              Louisville, KY 40285-6132


Macys                                     Medical Billing Services               Methodist Hospital
Pob 689195                                PO BOX 5010                            300 West Huntington Drive
Des Moines IA 50368-9195                  Monrovia, CA 91017-7110                Arcadia, CA 91007-3473
```

| | | |
|---|---|---|
| Michael S Agron Me Inc<br>PO BOX 660579<br>Arcadia, CA 91066-0579 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Professional Account Management LLC<br>Collection Services Division<br>PO BOX 391<br>Milwaukee, WI 53201-0391 |
| Quest Diagnostics<br>PO BOX 78406<br>Phoenix, AZ 85062-8406 | Sears Credit Cards<br>Pob 688956<br>Des Moines IA 50368-8956 | Target National Bank<br>Pob 59317<br>Minneapolis MN 55459-0317 |
| Trans Union Credit Bureau<br>Bankruptcy Notification<br>PO BOX 2000<br>Chester, PA 19016-2000 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 | Ivette Marroquin Serrato<br>1024 Kelwill Way<br>Duarte, CA 91010-3233 |
| Jose Antonio Marroquin<br>1024 Kelwill Way<br>Duarte, CA 91010-3233 | Leroy Bishop Austin<br>L.Bishop Austin & Associates<br>3250 Wilshire Blvd Ste 1500<br>Los Angeles, CA 90010-1608 | Rosendo Gonzalez (TR)<br>Gonzalez & Associates<br>530 S. Hewitt Street, Suite 148<br>Los Angeles, CA 90013-1906 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 78132
Phoenix, AZ 85062



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                    End of Label Matrix
                                   Mailable recipients    41
                                   Bypassed recipients     1
                                   Total                  42