| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>175497<br>☒ Attorney for Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER: 7<br><br>CASE NUMBER 1 2:10-BK-23810-BR |
|---|---|
| In re:<br><br>JOSE ANTONIO MARROQUIN<br><br>AND INVETTE MARROQUIN SERRATO<br><br>                                                         Debtor. | |
| | (No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

DEBTOR MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

1. TO*(specify name)*: HONORABLE UNITED STATES BANKRUPTCY JUDGE, CHAPTER 7 TRUSTEE, AND ALL CREDITORS AND ITS ATTORNEYS OF RECORDS

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(g)(1), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☒    The full Motion is attached hereto.

   ☐    The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: JANUARY 14, 2011

L. BISHOP AUSTIN & ASSOCIATES
*Law Firm Name*
By: _____
Name: L. Bishop Austin 175497
*Attorney for Movant*

Date Notice Mailed: JANUARY 14, 2011

| In re<br>JOSE ANTONIO MARROQUIN<br>AND IVETTE MARROQUIN SERRATO<br><br>Debtor(s) | CHAPTER: 7<br><br>CASE NO.: 2:10-BK-23810-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as  NOTICE OF  DEBTOR MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.
On  01/14/2011   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Chapter 7 Trustee: Rgonzalez@ecf.epiqsystems.com
US Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  01/14/2011   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 14, 2011 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| Date | Type Name | Signature |

December 2009    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  F 9013-1.2

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Label Matrix for local noticing
0973-2
Case 2:10-bk-23810-BR
Central District Of California
Los Angeles
Fri Jan 14 11:56:35 PST 2011

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AMCA
PO BOX 1235
Elmsford, NY 10523-0935

AT&T Universal Card
Pob 6940
The Lakes NV 88901-6940

American Express
PO BOX 0001
Los Angeles, CA 90096-8000

Arcadia Radiology Medical Group
PO BOX 662020
Arcadia, CA 91066-2020

Bank of America
PO BOX 301200
Los Angeles, CA 90030-1200

CARDMEMBER SERVICE
PO BOX 94014
Palatine, IL 60094-4014

CMRE Financial Svcs
3075 Inperial Hwy
Ste 200
Brea CA 92821-6753

Cardmember Service
PO BOX 15548
Wilmington, DE 19886-5548

Citi
PO BOX 6286
Sioux Falls, SD 57117-6286

City Of El Monte
Parking Enforcement Center
PO BOX 57025
Irvine, CA 92619-7025

City of Pasadena/Parking Section
100 N Garfiled Ave
Rm N106
Pasadena CA 91101-1726

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374-0241

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626-7037

GMAC MORTGAGE
PO BOX 79135
Phoenix, AZ 85062-9135

Georgette Tadros M.D.
931 Buena Vista St
Ste 202
Duarte, CA 91010-1713

Grant & Weber
26575 W. Agoura Rd
Calabasas, CA 91302-2975

Health Care Partners
PO BOX 6900
Torrance, CA 90504-0100

Hill Med Corp-HBC
Pob 60049
Arcadia CA 91066-6049

Home Depot Credit Services
PO BOX 182676
Columbus, OH 43218-2676

JC Penney
Pob 960001
Orlando FL 32896-0001

KOHLS
Pob 30510
Los Angeles CA 90030-0510

Kee Seng Koh, MD
612 W Duarte Rd
Ste 401
Arcadia, CA 91007-9233

LCA
PO BOX 2240
Burlington, NC 27216-2240

Laboratory Corp of America Holdings
PO BOX 2240
Burlington, NC 27216-2240

Lane Bryant
PO BOX 856132
Louisville, KY 40285-6132

Macys
Pob 689195
Des Moines IA 50368-9195

Medical Billing Services
PO BOX 5010
Monrovia, CA 91017-7110

Methodist Hospital
300 West Huntington Drive
Arcadia, CA 91007-3473

```
Michael S Agron Me Inc              (p)NISSAN MOTOR ACCEPTANCE CORPORATION    Professional Account Management LLC
PO BOX 660579                       LOSS RECOVERY                             Collection Services Division
Arcadia, CA 91066-0579              PO BOX 660366                             PO BOX 391
                                    DALLAS TX 75266-0366                      Milwaukee, WI 53201-0391


Quest Diagnostics                   Sears Credit Cards                        Target National Bank
PO BOX 78406                        Pob 688956                                Pob 59317
Phoenix, AZ 85062-8406              Des Moines IA 50368-8956                  Minneapolis MN 55459-0317


Trans Union Credit Bureau           United States Trustee (LA)                Ivette Marroquin Serrato
Bankruptcy Notification             725 S Figueroa St., 26th Floor            1024 Kelwill Way
PO BOX 2000                         Los Angeles, CA 90017-5524                Duarte, CA 91010-3233
Chester, PA 19016-2000


Jose Antonio Marroquin              Leroy Bishop Austin                       Rosendo Gonzalez (TR)
1024 Kelwill Way                    L.Bishop Austin & Associates              Gonzalez & Associates
Duarte, CA 91010-3233               3250 Wilshire Blvd Ste 1500               530 S. Hewitt Street, Suite 148
                                    Los Angeles, CA 90010-1608                Los Angeles, CA 90013-1906
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 78132
Phoenix, AZ 85062
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                     End of Label Matrix
                                    Mailable recipients    41
                                    Bypassed recipients     1
                                    Total                  42
```